UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

JS 6

| Case No. | CV 15-4683 DSF<br>CR 13-631 DSF | Date | 7/17/15 |
|---|---|---|---|

| Title | United States v. Alceu Johnny Andreis |
|---|---|

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order DENYING Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody

In this § 2255 motion, Defendant Alceu Johnny Andreis claims that his trial counsel provided him with ineffective assistance of counsel by not informing Defendant that Defendant could raise defenses of withdrawal from the conspiracy at issue and abandonment of attempt at trial. He claims that if he had known of these defenses he would not have pleaded guilty and would have insisted on going to trial. Relatedly, Defendant claims that his plea was not voluntary because he was not informed of the withdrawal and abandonment defenses.

An assertion of ineffective assistance of counsel requires that a petitioner demonstrate (1) that "counsel's representation fell below an objective standard of reasonableness . . . under prevailing professional norms," and (2) petitioner suffered prejudice, which means that "there is a reasonable probability that, but for counsel's unprofessional errors, the result of the proceeding would have been different." <u>Strickland v. Washington</u>, 466 U.S. 668, 694 (1984).

On the face of the motion, Defendant has not shown a failure of counsel to provide a reasonable quality of representation under prevailing professional norms. The motion fails to present any argument for how the defenses of withdrawal or abandonment could have applied to Defendant's case. In fact, the record shows that Defendant was arrested while one of the charged bank burglaries was in progress. (<u>See</u> CR 13-631 DSF, Dkt. 89

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**MEMORANDUM**

JS 6

at 5-6.)  Under these circumstances, it would not have been unreasonable for counsel not to inform Defendant of a withdrawal or abandonment defense.[1]

The motion is DENIED.  A certificate of appealability is DENIED because no reasonable jurist could reach a different result.

IT IS SO ORDERED.

---

[1] The Court makes no finding as to whether counsel actually informed Defendant of these defenses and assumes for the purposes of this motion that Defendant was not informed.